84 A.3d 293

Dionne HENDERSON, Petitioner

v.

M. FERRELL, Warden of Curran Fromhold Correctional Facility, Court of Common Pleas of Philadelphia County, Respondents.

No. 164 EM 2013.

Supreme Court of Pennsylvania.

Jan. 15, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of January, 2014, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus and/or Extraordinary Relief are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation improper). The Prothonotary is directed to forward the filings to counsel of record.